The People on the relation of Eli H. Davis v. The Common Council of Lansing.

*Mandamus : Default : Petition taken as admitted.* The respondents in this case having failed to make answer to the order to show cause why *mandamus* should not issue against them as prayed by the petition, the facts alleged by the petition are taken as admitted ; and these facts bringing the case within *French v. Common Council of Lansing, 30 Mich., 373,* the relief prayed is granted.

*Heard and decided April 20.*

Application for *Mandamus.*

*John M. French, Jr.,* for relator.

No counsel appeared for respondent.

PER CURIAM.

The respondents fail to make answer to the order heretofore granted to show cause, and it is very apparent that the facts set forth in the petition, and which the respondents must, for the purposes of this case, be taken to admit, bring the application within the decision in *French v. The Common Council of Lansing, 30 Mich., 373.*

The relief prayed must therefore be granted, with costs.